# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY TURMEZEI, et al.,<br><br>　　　　　Defendants. | 1: 03 CV F-6359 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION RE DISMISSAL OF CERTAIN CLAIMS IN AMENDED COMPLAINT |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On January 13, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. On February 2, 2005, plaintiff filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C.

1  § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.
2  Having carefully reviewed the entire file, the court finds the findings and recommendations to be
3  supported by the record and by proper analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1. The Findings and Recommendations filed January 13, 2005, are adopted in full;
6      2. This case shall proceed against defendants Turmezei and Trott on plaintiff's
7  claims for the use of excessive force and violation of equal protection and plaintiff's ADA claim
8  against CDC. The remaining claims in the amended complaint are HEREBY DISMISSED.
9      IT IS SO ORDERED.
10 **Dated:   July 12, 2005**                    **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE