UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY TURMEZEI, et al.,<br><br>　　　　　　Defendants. | CV F- 03-6359 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO<br>SUBMIT USM 285 FORMS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff filed the original complaint on September 24, 2003. On November 6, 2003, the Court found that the complaint stated a claim against defendants Turmezei and Trott for the use of excessive force but that the remainder of plaintiff's allegations failed to state a claim. The Court granted plaintiff leave to file an amended complaint. On November 8, 2004, the Court found that the amended complaint stated a claim against defendants Turmezei and Trott for the use of excessive force and violation of equal protection and a claim under the ADA/RA. The Court found that the remaining allegations in the amended complaint failed to

state a claim. The Court granted plaintiff thirty (30) days in which to either file a second amended complaint or notify the court that he wished to proceed on the excessive force, equal protection and ADA/RA claims. On December 13, 2004, plaintiff filed objections to the Court's Order. On January 13, 2005, this Court recommended that the case proceed as outlined in the November 8, 2004 Order. On July 14, 2005, the District Court adopting the recommendation in full.

Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants:

        CALIFORNIA DEPARTMENT OF CORRECTIONS

        TURMEZEI

        TROTT

    2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summons, an instruction sheet and a copy of the amended complaint filed December 22, 2003.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Four (4) copies of the endorsed amended complaint filed December 22, 2003.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///
///
///
///

1       5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
2 this action.  Local Rule 11-110.

8       IT IS SO ORDERED.

9 **Dated:    July 19, 2005**                          **/s/ Dennis L. Beck**
   3c0hj8                                              UNITED STATES MAGISTRATE JUDGE