UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY TURMEZEI, et al.,<br><br>　　　　Defendants. | CV F- 03-6359 OWW DLB P<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT [DOC 19] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff filed the original complaint on September 24, 2003. On November 6, 2003, the Court found that the complaint stated a claim against defendants Turmezei and Trott for the use of excessive force but that the remainder of plaintiff's allegations failed to state a claim. The Court granted plaintiff leave to file an amended complaint. On November 8, 2004, the Court found that the amended complaint stated a claim against defendants Turmezei and Trott for the use of excessive force and violation of equal protection and a claim under the ADA/RA. The Court found that the remaining allegations in the amended complaint failed to

1  state a claim. The Court granted plaintiff thirty (30) days in which to either file a second amended
2  complaint or notify the court that he wished to proceed on the excessive force, equal protection and
3  ADA/RA claims. On December 13, 2004, plaintiff filed a motion for reconsideration of the Order.
4  On January 13, 2005, the Court issued a recommendation to the District Court recommending that
5  the case proceed as outlined in the November 8, 2004 Order. On February 2, 2005, plaintiff filed
6  objections to the recommendation. The District Court adopted the recommendation on July 14, 2005
7  and the case is proceeding accordingly.

8       In light of the District Court's adoption of the January 13, 2005 recommendation, plaintiff's
9  motion for reconsideration of the November 8, 2004 is HEREBY DENIED as moot.

10      IT IS SO ORDERED.

11 **Dated:   September 1, 2005**                    **/s/ Oliver W. Wanger**
   emm0d6                                                UNITED STATES DISTRICT JUDGE