UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON,            )<br>                                          )<br>     Plaintiff,                       )<br>                                          )<br>     v.                                   )<br>                                          )<br>TIMOTHY TURMEZEI, et al.,   )<br>                                          )<br>     Defendants.                   )<br>_____) | 1:03-CV-6359 OWW DLB P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #35) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2006, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   July 6, 2006                        /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE