UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, | 1:03-cv-06359-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 34) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 30) |
| T. TURMEZEL, et al., | |
| Defendants. | |

Plaintiff, Timothy Johnson ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 31, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On June 26, 2006, plaintiff filed a motion to extend time. On July 7, 2006, the court granted plaintiff an additional thirty (30) days within which to respond. However, in the interim,

1

plaintiff filed objections to the Magistrate Judge's Findings and Recommendations on July 3, 2006.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 31, 2006, are ADOPTED IN FULL;

2. Defendant's motion to dismiss plaintiff's ADA/RA claims for injunctive relief, filed October 18, 2005, is GRANTED; and,

3. This case proceed on plaintiff's claims for damages against defendants Turmezei and Trott for the use of excessive force and violation of equal protection.

IT IS SO ORDERED.

**Dated:   August 6, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE