1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   TIMOTHY JOHNSON,                           CASE NO. CV-F-03-6359 OWW DLB P

10                   Plaintiff,                ORDER REQUIRING DEFENDANTS TO
                                               RESPOND TO PLAINTIFF'S MOTION FOR
11         v.                                  DISCOVERY FROM NONPARTY

12   T. TURMEZEL, et al.,

13                   Defendants.

14

15   _____/

16
17

      Plaintiff is a state prisoner proceeding pro se in this civil action proceeding on plaintiff's

18   claims against defendants Turmezei and Trott for the use of excessive force and violation of equal

19   protection.  On October 23, 2007, plaintiff filed a motion to compel discovery from the Warden at

20   CCI.  Defendants are HEREBY ordered to respond to plaintiff's motion within 20 days of the Order.

21      IT IS SO ORDERED.

22   **Dated:    October 25, 2007**          _____/s/ **Dennis L. Beck**_____
23                                           UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1