IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY TURMEZEI, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-06359 OWW DLB (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #50)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2007, plaintiff filed a motion to extend time to file a response to defendants' motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file his response.


　　　IT IS SO ORDERED.

　　　Dated:　  October 30, 2007　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE