IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>TURMERZEL,<br><br>        Defendants.<br>_____/ | 1:03-cv-6359-OWW-DLB-(PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (DOCUMENT #62) |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 3, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations issued February 7, 2008.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted fifteen (15) days from the date of service of this order in which to file objections.

   IT IS SO ORDERED.

   Dated:   **March 11, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE