UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, | 1:03-cv-6359-OWW DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 61) |
| vs. | |
| T. TURMEZEI, et al., | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 44) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 7, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On March 27, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed February 7,
8 2008, are ADOPTED IN FULL;
9    2.   Defendants' motion for summary judgment is granted,
10 thus concluding this action in its entirety.  The Clerk is
11 directed to enter judgment in favor of defendants.
12 IT IS SO ORDERED.
13 **Dated:   March 28, 2008**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE